IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMA BIRACH, SR. ) | |
| ) | |
| And ) | |
| ) | |
| BIRACH BROADCASTING ) | |
| CORPORATION ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| Versus ) | Civil Action No. 09-00411 (LO/TRJ) |
| ) | |
| SIMA BIRACH, JR. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## CONSENT ORDER

IT APPEARING to the Court, based on the endorsement of the parties and counsel for the Plaintiffs, that the Parties have agreed to a resolution of the Motion for Contempt of Court and to Enforce the Consent Order filed by Plaintiffs, Sima Birach, Sr. and Birach Broadcasting Corporation whereby Sima Birach, Jr., Plaintiff's son, agrees to fully disclose to Plaintiffs any and all instances of improper or unauthorized use of Birach Broadcasting Corporation, or its name; it is therefore hereby,

ORDERED that Defendant Sima Birach, Jr. be and is hereby deemed to have violated this Court's Consent Permanent Injunction Order entered August 19, 2009, and that the contempt sanctions hereby ordered are as follows:

1.   There are to be no further violations of the Order of August 19, 2009 or any other order of this Court;

1

2.  Defendant Sima Birach, Jr. shall disclose to Plaintiffs on or before July 30, 2010 each and every instance known to Sima Birach, Jr. from August 19, 2009 through the date of entry of this Order when he engaged in the following acts:

   a.  Use or registration or attempted registration of the trade name or service mark "Birach Broadcasting Corporation" or any derivative or shorthand notation thereof, or any term similar thereto, or any logo associated therewith in connection with the business of broadcast services;

   b.  Obtained or attempted to obtain any financing, loan or engaged in any other financial transaction in which he purported to be acting on behalf of Birach Broadcasting Corporation;

   c.  Represented in any way to any business or governmental entity or any person that he had the authority to act on behalf of or bind Birach Broadcasting Corporation to any act or on any contract.

3.  Defendant Sima Birach, Jr. shall on or before July 30, 2010 disclose to Plaintiffs the full name, address, telephone number of each and every person known to Sima Birach, Jr. who had knowledge of or assisted him in any way in engaging in any of the activities disclosed in Paragraph 2 hereinabove.

4.  Except for knowing or intentional violations of his disclosure requirements of this Order, Defendant's disclosure obligations shall be deemed to have been complied with if timely made and unless Plaintiffs object within ten days after receiving the disclosures giving Defendant ten days in which to cure any purported defects.

5.  All parties are to bear their own attorney's fees and costs with respect to this Motion for Contempt of Court and to Enforce the Consent Order and there is no financial sanction or penalty assessed against Defendant.

Entered this 28 day of June, 2010

/s/
Liam O'Grady
United States District Judge

_____
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

_____
Eugene W. Policastri (65837)
Bromberg Rosenthal LLP
401 N. Washington St., Suite 500
Rockville, MD 20850
301-251-6200
301-309-9436 – facsimile
ewpolicastri@brsglaw.com

Attorneys for Sima Birach, Sr. and
Birach Broadcasting Corporation

SEEN AND AGREED:

_____
Sima Birach, Jr.

_____
Sima Birach, Sr.

3